UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON HANSON,

Petitioner,

v.

DZURENDA, et al.,

Respondents.

Case No. 3:25-cv-00149-ART-CLB

ORDER

In this habeas matter, Petitioner, Brandon Hanson, through his counsel, seeks an additional 87 days to file an Amended Petition for a Writ of Habeas Corpus. ECF No. 10. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that the petitioner's Motion for Extension of Time to file a First Amended Petition (First Request) **[ECF No. 10] is GRANTED**. Petitioner therefore has **through May 8, 2026**, to file an Amended Petition for a Writ of Habeas Corpus.

DATED THIS 7th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE