UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON HANSON,

Petitioner,

v.

DZURENDA, et al.,

Respondents.

Case No. 3:25-cv-00149-ART-CLB

EXTENSION ORDER

In this habeas matter, Petitioner Brandon Hanson, through is counsel, seeks an additional 90 days to file an Amended Petition for a Writ of Habeas Corpus. ECF No. 12. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that Petitioner's Unopposed Motion for Extension of Time to file a First Amended Petition (Second Request) **[ECF No. 12] is GRANTED**. Petitioner therefore has **through August 6, 2026**, to file an Amended Petition for a Writ of Habeas Corpus.

DATED THIS 22nd day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE