UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON HANSON,

Petitioner,

v.

JAMES DZURENDA, et al.,

Respondents.

Case No. 3:25-cv-00149-ART-CLB

EXTENSION ORDER

In this habeas matter, Petitioner Brandon Hanson seeks an additional 60 days to file an amended petition for a writ of habeas corpus. ECF No. 14. This is Hanson's third request for extension of time. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Petitioner Brandon Hanson's Unopposed Motion for Extension of Time to file a First Amended Petition (Third Request) **[ECF No. 14] is GRANTED**. Petitioner therefore has **through October 5, 2026**, to file an amended petition for a writ of habeas corpus.

DATED THIS 19th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE