UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRANDON HANSON,

Petitioner,

v.

JAMES DZURENDA, et al.,

Respondents.

Case No. 3:25-cv-00149-ART-CLB

EXTENSION ORDER

In this habeas matter, Petitioner Brandon Hanson seeks an additional 45 days to file an amended petition for a writ of habeas corpus. ECF No. 16. This is Hanson's fourth request for extension of time. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1. However, the Court notes that counsel was appointed on November 12, 2025. ECF No. 9. With the fourth request for extension of time, Hanson will have had more than a year to file an amended petition. The Court does not look favorably upon any further motions to extend the schedule for filing an amended petition. Counsel for Hanson must give priority to this matter over later filed cases.

I THEREFORE ORDER that Petitioner Brandon Hanson's Unopposed Motion for Extension of Time to file a First Amended Petition (Fourth Request) **[ECF No. 16] is GRANTED**. Petitioner therefore has **through November 23, 2026**, to file an amended petition for a writ of habeas corpus.

DATED THIS 8th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE